THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GASPARI GUTIERREZ-LUCERO, Respondent.

Submitted February 11, 2013; decided March 28, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD ODUM, Appellant.

Submitted January 28, 2013; decided March 28, 2013

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division where the appeal to the Appellate Division was from an order entered in an appeal from another court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

In the Matter of MARVIN POLLACK, Appellant, v PETER FORMICA, Respondent. (And Another Proceeding.)

Submitted February 4, 2013; decided March 28, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.